No. 2023-1156

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

UNILOC 2017 LLC,
*Appellant*

v.

SLING TV, L.L.C.,
*Appellee*

---

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2019-01363

---

## APPELLEE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR
## FILING APPELLEE'S RESPONSIVE BRIEF

---

MAY 1, 2023

ELIOT D. WILLIAMS
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, DC 20001-5692
(202) 639-1334 (telephone)
eliot.williams@bakerbotts.com

G. HOPKINS GUY, III
BAKER BOTTS L.L.P.
1001 Page Mill Road,
Building One, Suite 200
Palo Alto, CA 94304
(605) 739-7510 (telephone)
hop.guy@bakerbotts.com

KURT PANKRATZ
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
(214) 953-6584 (telephone)
kurt.pankratz@bakerbotts.com

ALI DHANANI
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1108 (telephone)
ali.dhanani@bakerbotts.com

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-1156 |
| **Short Case Caption** | Uniloc 2017 LLC v. Sling TV, L.L.C. |
| **Filing Party/Entity** | Appellee, Sling TV, L.L.C. |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/30/2022

Signature:  /s/ Eliot D. Williams

Name:  Eliot D. Williams

FORM 9. Certificate of Interest

| **1. Represented Entities.**<br>Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.**<br>Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.**<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Sling TV, L.L.C. | | Please see attached sheet |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☑    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐  None/Not Applicable          ☐  Additional pages attached

| Uniloc 2017 LLC v Sling TV, LLC USDC Colo. 1:19-cv-00278 | Uniloc 2017 LLC v Netflix, Inc. USDC, CD Cal. 8:18-2150 | Sling TV, L.L.C. v. Uniloc 2017 LLC, US, CAFC, #21-1651 |
|--|--|--|
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

UNILOC 2017 LLC v. Sling TV, L.L.C.
2023-1156

CERTIFICATE OF INTEREST

ATTACHMENT SHEET

Question 3:

*Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.*

- Sling TV, L.L.C., is a direct, wholly-owned subsidiary of Sling TV Holding L.L.C., which is owned 90% by DISH Network L.L.C. and 10% by DISH Technologies L.L.C.

- DISH Network L.L.C. is a wholly-owned subsidiary, and DISH Technologies L.L.C. is a wholly-owned indirect subsidiary, of DISH DBS Corporation, a corporation with publicly traded debt, and each is also a wholly-owned indirect subsidiary of DISH Network Corporation, a corporation with publicly traded equity (NASDAQ: DISH).

- Based on a review of Form 13D and Form 13G filings with the Securities and Exchange Commission, no entity owns more than 10% of DISH Network Corporation's stock other than Telluray Holdings, LLC and Dodge & Cox.

## REQUEST FOR EXTENSION OF TIME

Pursuant to Federal Circuit Rules 26(b) and 27, Appellee, Sling TV, L.L.C, ("Sling"), respectfully requests the following extension of time in which to file Sling's responsive brief.  Presently, Sling's responsive brief is due to be filed on May 23, 2023.  Sling requests an extension of 59 days to file its responsive brief. Sling's proposed extension would extend Sling's due date to July 21, 2023.

As explained more fully in the attached Declaration of Eliot Williams (counsel for Sling), Sling submits that good cause exists for an extension.  Sling requests the additional time to accommodate ongoing personal and professional commitments, obligations, and schedules of its counsel, and to provide Sling with additional time to thoroughly prepare its responsive brief, which should be of assistance to the parties and the Court.

This is Sling's first request for an extension of time in this matter.

Sling has contacted Appellant's counsel regarding its intention to file a motion for extension of time to file its responsive brief, who indicated that Appellant does not oppose this motion and will not file an opposition to this motion.

For the foregoing reasons, Sling respectfully requests that this Court grant this unopposed motion and extend the deadline for Sling to file its responsive brief to July 21, 2023.

Date:  May 1, 2023                              */s/ Eliot D. Williams*
                                                   Eliot D. Williams

                                                   Eliot D. Williams
                                                   Baker Botts L.L.P.
                                                   700 K Street, N.W.
   Washington, DC 20001-5692
   (202) 639-1334
   eliot.williams@bakerbotts.com

   G. Hopkins Guy, III
   Baker Botts L.L.P.
   1001 Page Mill Road, Bldg. One,
   Suite 200
   Palo Alto, CA 94304
   (605) 739-7510
   hop.guy@bakerbotts.com

   Kurt Pankratz
   Baker Botts L.L.P.
   2001 Ross Ave., Suite 900
   Dallas, TX 75201
   (214) 953-6584
   kurt.pankratz@bakerbotts.com

   Ali Dhanani
   Baker Botts L.L.P.
   910 Louisiana Street
   Houston, TX 77002
   (713) 229-1108
   ali.dhanani@bakerbotts.com

   *Attorneys for Appellee, Sling TV, L.L.C.*

No. 2023-1156

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

UNILOC 2017 LLC,
*Appellant*

v.

SLING TV, L.L.C.,
*Appellee*

---

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2019-01363

---

**DECLARATION OF ELIOT D. WILLIAMS IN SUPPORT OF
APPELLEE'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR
FILING APPELLEE'S RESPONSIVE BRIEF**

---

I, Eliot Williams, hereby declare:

1. I am a Partner in the law firm of Baker Botts L.L.P. and a member of the bar of this Court.

2. I represent Appellee, Sling TV, L.L.C. ("Sling") in this appeal. I make this declaration in support of the accompanying Appellee's Unopposed Motion to Extend Deadline for Filing Appellee's Responsive Brief.

3. Sling's responsive brief in this matter currently is due on May 23, 2023.

4. Sling seeks a 59 day extension of time to file its responsive brief, making Sling's brief due on July 21, 2023.

5. There is good cause for this extension of time. Sling requests this additional time in view of several overlapping and upcoming professional commitments that I and other members of my team that have appeared in this appeal have in this Court and other federal courts, including the following:

   - Depositions May 1-3 in IPR IPR2022-00913, -00914, -00921, -00922.

   - IPR Hearings scheduled for August 3, 2023 and August 4, 2023 in six matters (IPR2022-00908, -00909, -00913, -00914, -00921, -00922).

   - IPR Hearing scheduled for June 6, 2023 in IPR2022-00608.

   - Preparation of reply brief due May 5, 2023 in IPR2022-00608

   - Preparation of reply brief due May 19, 2023 in IPR2022-00908.

- Preparation of reply briefs due May 25, 2023 in IPR2022-00913, -00914, -00921, -00922.

- Preparation of Patent Owner responses due July 10, 2023 in IPR 2022-01575, -01576, -01577.

- Previously scheduled vacation from July 1-July 4, 2023

6. These deadlines necessitate this request for an extension of time in which to file Sling's responsive brief.

7. This is Sling's first request for an extension of time in this matter.

8. I have conferred with counsel for Appellant, Uniloc 2017 LLC, concerning this motion, who indicated that it does not oppose this motion and will not file an opposition to this motion.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: May 1, 2023                    /s/ Eliot D. Williams
                                     Eliot D. Williams

                                     Eliot D. Williams
                                     Baker Botts L.L.P.
                                     700 K Street, N.W.
                                     Washington, DC 20001-5692
                                     (202) 639-1334
                                     eliot.williams@bakerbotts.com

3

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1156

**Short Case Caption:** Uniloc 2017 LLC v. Sling TV, L.L.C.

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 215 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/01/2023                 Signature: /s/ Eliot D. Williams

                                 Name: Eliot D. Williams

Save for Filing

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing document using the Court's CM/ECF filing system on May 1, 2023. All counsel of record were served via the Court's CM/ECF system on May 1, 2023.

*/s/ Eliot D. Williams*
Eliot D. Williams